IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Colquitt, Lakia A

Printed: 11/13/07

Case Number: 04 B 05006
Judge: Hollis, Pamela S

Filed: 2/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 4, 2007
Confirmed: March 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,308.13 |  |
| Secured: |  | 4,243.21 |
| Unsecured: |  | 567.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,020.00 |
| Trustee Fee: |  | 369.19 |
| Other Funds: |  | 108.13 |
| Totals: | 7,308.13 | 7,308.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,020.00 | 2,020.00 |
| 2. | Draper & Kramer | Secured | 0.00 | 0.00 |
| 3. | Draper & Kramer | Secured | 5,715.55 | 4,243.21 |
| 4. | ECast Settlement Corp | Unsecured | 159.73 | 460.46 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 28.83 |
| 6. | Saint Margaret Mercy Healthcare Centers | Unsecured | 9.40 | 27.10 |
| 7. | Nicor Gas | Unsecured | 17.76 | 51.21 |
| 8. | Avon Products | Unsecured |  | No Claim Filed |
| 9. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 10. | Calumet City Fire Department | Unsecured |  | No Claim Filed |
| 11. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 12. | Black Expressions | Unsecured |  | No Claim Filed |
| 13. | Chicago Tribune | Unsecured |  | No Claim Filed |
| 14. | Lane Medical, Sc | Unsecured |  | No Claim Filed |
| 15. | Martin Fouch | Unsecured |  | No Claim Filed |
| 16. | Ameritech | Unsecured |  | No Claim Filed |
| 17. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 18. | New York & Co | Unsecured |  | No Claim Filed |
| 19. | Merchants Service Bureau | Unsecured |  | No Claim Filed |
| 20. | Dymacol Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,932.44 | $ 6,830.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 28.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Colquitt, Lakia A

Printed: 11/13/07

Case Number: 04 B 05006
Judge: Hollis, Pamela S
Filed: 2/10/04

|  |  |
|---|---|
| 4% | 32.00 |
| 6.5% | 101.99 |
| 3% | 17.99 |
| 5.5% | 88.01 |
| 5% | 40.00 |
| 4.8% | 52.80 |
| 5.4% | 8.40 |
|  | _____ |
|  | $ 369.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____